JS-6

Clark J. Burnham, State Bar No. 041792
cburnham@burnhambrown.com
Thomas M. Downey, State Bar No. 142096
tdowney@burnhambrown.com
Jane Aceituno, State Bar No. 240486
jaceituno@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRAJ BEROUKHIM, an individual; SHAHNAZ BEROUKHIM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. CV08-2896 MMM (MANx)<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 11, 2008 |

Pursuant to the Stipulation of the parties filed herewith, and in accordance with Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint filed herein is hereby dismissed with prejudice.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  July 17, 2008

_____
JUDGE MARGARET M. MORROW

874186

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE                    1                    CV08-2896 MMM (MANx)